# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

I have **no pending cases** in the District Court for the Southern District of Indiana.

I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1] )
)
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | | |
| **Law Firm, Company, and/or Agency:** | | |
| **Address:** | | |
| **Primary E-mail:** | | |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | | |
| **Facsimile:** | | |

Date: _____     s/ _____

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

|     | **Case Style**                | **Case Number**          |
| --- | ----------------------------- | ------------------------ |
| 1.  | Malibu Media, LLC v. Harrison | 1:12-cv-01117-WTL-MJD    |
| 2.  | Malibu Media, LLC v. Tashiro  | 1:13-cv-00205-WTL-MJD    |
| 3.  | Malibu Media, LLC v. John Doe | 1:13-cv-01525-SEB-MJD    |
| 4.  | Malibu Media, LLC v. John Doe | 1:14-cv-00732-SEB-MJD    |
| 5.  | Malibu Media, LLC v. John Doe | 1:14-cv-00733-RLY-MJD    |
| 6.  | Malibu Media, LLC v. John Doe | 1:14-cv-00734-TWP-MJD    |
| 7.  | Malibu Media, LLC v. John Doe | 1:14-cv-00735-TWP-MJD    |
| 8.  | Malibu Media, LLC v. John Doe | 1:14-cv-00738-SEB-MJD    |
| 9.  | Malibu Media, LLC v. John Doe | 1:14-cv-00739-WTL-MJD    |
| 10. | Malibu Media, LLC v. John Doe | 1:14-cv-00740-TWP-MJD    |
| 11. | Malibu Media, LLC v. John Doe | 1:14-cv-00752-SEB-MJD    |
| 12. | Malibu Media, LLC v. John Doe | 1:14-cv-00753-SEB-MJD    |
| 13. | Malibu Media, LLC v. John Doe | 1:14-cv-00754-JMS-MJD    |
| 14. | Malibu Media, LLC v. John Doe | 1:14-cv-00755-JMS-MJD    |
| 15. | Malibu Media, LLC v. John Doe | 1:14-cv-00757-SEB-MJD    |
| 16. | Malibu Media, LLC v. John Doe | 1:14-cv-00758-JMS-MJD    |
| 17. | Malibu Media, LLC v. John Doe | 1:14-cv-00759-SEB-MJD    |
| 18. | Malibu Media, LLC v. John Doe | 1:14-cv-00760-WTL-MJD    |
| 19. | Malibu Media, LLC v. John Doe | 1:14-cv-00761-JMS-MJD    |
| 20. | Malibu Media, LLC v. John Doe | 1:14-cv-00762-SEB-MJD    |
| 21. | Malibu Media, LLC v. John Doe | 1:14-cv-00763-TWP-MJD    |
| 22. | Malibu Media, LLC v. John Doe | 1:14-cv-00857-RLY-MJD    |
| 23. | Malibu Media, LLC v. John Doe | 1:14-cv-00858-RLY-MJD    |
| 24. | Malibu Media, LLC v. John Doe | 1:14-cv-00859-LJM-MJD    |
| 25. | Malibu Media, LLC v. John Doe | 1:14-cv-00860-JMS-MJD    |
| 26. | Malibu Media, LLC v. John Doe | 1:14-cv-00861-JMS-MJD    |
| 27. | Malibu Media, LLC v. John Doe | 1:14-cv-00862-TWP-MJD    |
| 28. | Malibu Media, LLC v. John Doe | 1:14-cv-00863-TWP-MJD    |
| 29. | Malibu Media, LLC v. John Doe | 1:14-cv-00864-SEB-MJD    |
| 30. | Malibu Media, LLC v. John Doe | 1:14-cv-00865-WTL-MJD    |